# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00817-CR

**J. Ignacio Acosta, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR2000-008, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

**PER CURIAM**

J. Ignacio Acosta represents himself on appeal. The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Clerk of this Court has been unable to contact appellant. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: May 3, 2001

Do Not Publish